IH-32

Rev: 2014-1

# United States District Court
## for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

STEPHEN BUSHANSKY

| Plaintiff | Case Number |
|---|---|
| vs. | 1:21-cv-08383 |
| VINE ENERGY INC., ERIC D. MARSH, ANGELO ACCONCIA, H. PAULETT EBERHART, DAVID FOLEY, JOHN H. LEE, and CHARLES M. SLEDGE | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

GAINES MYER

| Plaintiff | Case Number |
|---|---|
| vs. | 1:21-cv-07742-RA |
| VINE ENERGY INC., ERIC MARSH, ANGELO ACCONCIA, H. PAULETT EBERHART, DAVID FOLEY, JOHN H.LEE, CHARLES M. SLEDGE, VINE ENERGY HOLDINGS LLC, HANNIBAL MERGER SUB, INC., HANNIBAL MERGERSUB, LLC, and CHESAPEAKE ENERGY CORPORATION | |
| Defendant | |

IH-32                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

☐  Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑  Open            (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on 09/15/2021. Case assigned to the Honorable Ronnie Abrams.                    .

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case for the following reasons:
(1) involves the same parties and is based on the same or similar claims;
(2) arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact; and
(3) is likely for other reasons to require substantial duplication of judicial resources if heard by different judges

Signature: _____     Date: __10/11/2021__

Firm:      WEISSLAW LLP
           _____

Page 2