UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

| | |
|---|---|
| STEPHEN BUSHANSKY, | : |
| | : |
| Plaintiff, | : Case No. 1:21-cv-08383-RA |
| | : |
| v. | : **NOTICE OF VOLUNTARY** |
| | : **DISMISSAL** |
| VINE ENERGY INC., ERIC D. MARSH, | : |
| ANGELO ACCONCIA, H. PAULETT | : |
| EBERHART, DAVID FOLEY, JOHN H. | : |
| LEE, and CHARLES M. SLEDGE, | : |
| | : |
| Defendants. | : |
| | : |
| | : |

------------------------------------------------------------------

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action

(the "Action").  Because this notice of dismissal is being filed with the Court before service by

defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the

Action is effective upon the filing of this notice.

Dated: November 24, 2021

**WEISSLAW LLP**

By    */s/ Richard A. Acocelli*
Richard A. Acocelli
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*